FILED
At Albuquerque, NM

JAN 2 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-114 JB |
| ) | |
| vs. ) | Counts 1-2: 18 U.S.C. § 875(c): Interstate |
| ) | Communications with a Threat to Injure. |
| **SETH RODERICK FARRAR,** ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 25, 2024, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **SETH RODERICK FARRAR**, knowingly transmitted in interstate and foreign commerce a communication, an email to Synagogue 1, and the communication contained a threat to injure congregants of Synagogue 1.

In violation of 18 U.S.C. § 875(c).

Count 2

On or about June 4, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, SETH RODERICK FARRAR, knowingly transmitted in interstate and foreign commerce a communication, an email to Synagogue 2, and the communication contained a threat to injure congregants of Synagogue 2.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney